**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on May 16, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**Leonard R. Wizmur, Esquire**
**McDowell Posternock Apell & Detrick, P.C.**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Telephone: 856-482-5544**
**Telecopier: 856-482-5511**

| | |
|---|---|
| **In re:**<br><br>    Anthony Grimaldi, Jr.,<br><br>                    **Debtor.** | **Chapter 13**<br><br>**Case No. 13-34537-JNP** |

**ORDER REOPENING CHAPTER 13 CASE FOR THE PURPOSE OF FILING
CERTIFICATION IN SUPPORT OF DISCHARGE FORM**

   The relief set forth on the following page, numbered two (2) through two (2), is hereby

**ORDERED.**

**DATED: May 16, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:      Anthony Grimaldi, Jr.

Case No.     13-34537-JNP

### ORDER REOPENING CHAPTER 13 CASE FOR THE PURPOSE OF FILING CERTIFICATION IN SUPPORT OF DISCHARGE FORM AND FINANCIAL MANAGEMENT COURSE

Upon motion of Anthony Grimaldi, Jr. ("Debtor") to reopen his Chapter 13 Case to permit filing of the Certification in Support of Discharge Form and Financial Management Course, and for good cause shown, it is hereby

ORDERED that the Debtor's Chapter 13 Case, with the above docket number, is hereby REOPENED.