**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on May 16, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Leonard R. Wizmur, Esquire
McDowell Posternock Apell & Detrick, P.C.
46 West Main Street
Maple Shade, NJ 08052
Telephone: 856-482-5544
Telecopier: 856-482-5511

In re:

    Anthony Grimaldi, Jr.,

              Debtor.

Chapter 13

Case No. 13-34537-JNP

**ORDER REOPENING CHAPTER 13 CASE FOR THE PURPOSE OF FILING**
**CERTIFICATION IN SUPPORT OF DISCHARGE FORM**

The relief set forth on the following page, numbered two (2) through two (2), is hereby

**ORDERED.**

**DATED: May 16, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:    Anthony Grimaldi, Jr.

Case No.    13-34537-JNP

### ORDER REOPENING CHAPTER 13 CASE FOR THE PURPOSE OF FILING CERTIFICATION IN SUPPORT OF DISCHARGE FORM AND FINANCIAL MANAGEMENT COURSE

Upon motion of Anthony Grimaldi, Jr. ("Debtor") to reopen his Chapter 13 Case to permit filing of the Certification in Support of Discharge Form and Financial Management Course, and for good cause shown, it is hereby

ORDERED that the Debtor's Chapter 13 Case, with the above docket number, is hereby REOPENED.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-34537-JNP
Anthony Grimaldi, Jr.                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 16, 2017
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
db         +Anthony Grimaldi, Jr.,    522 E Vine St,    Millville, NJ 08332-3162

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Leonard R. Wizmur    on behalf of Debtor Anthony  Grimaldi, Jr. lwizmur@mpadlaw.com, lwizmur@comcast.net;kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer of Fannie Mae, as owner and holder of account/contract originated by Quicken Loans Inc. dnj@pbslaw.org
                                                                                                                TOTAL: 6